IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIN GIBSON, | No. C15-05762 CRB |
| Plaintiff, | **ORDER DENYING ADMINISTRATIVE MOTION TO SEAL CASE** |
| v. | |
| NOVARTIS CORPORATION, | |
| Defendant. | |

Plaintiff has moved to seal this case, arguing that public records documenting her lawsuit against her former employer have made it difficult for her to gain new employment. See Motion (dkt. 20). The Court, after reviewing the relevant authorities, concludes that Plaintiff has not overcome "the strong presumption in favor of access to court records." See Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1137 (9th Cir. 2003). Plaintiff has not establish that there are "compelling reasons" or even "good cause" to seal the public documents at issue here, see id., and the Court DENIES the motion.

**IT IS SO ORDERED.**

Dated: August 11, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE